EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI #1528
First Assistant U.S. Attorney

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: mike.seabright@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 23 2003

at 4 o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

SEALED
BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | CR. NO. 03-00201 HG |
| )                                     | |
| Plaintiff,     )                      | SUPERSEDING INDICTMENT |
| )                                     | |
| )                                     | [21 U.S.C. §§ 846; 841(a)(1) |
| vs.            )                      |  and 846; 841(a)(1) and |
| )                                     | (b)(1)(A)] |
| THOMAS STEPHEN LEONG,                ) | |
| )                                     | |
| Defendant.     )                      | |
| _____) | |

S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

GENERAL ALLEGATIONS

From an exact date unknown, but starting in approximately late December, 2002, or early January, 2003, and continuing until approximately January 16, 2003, in the District of Hawaii, defendant THOMAS STEPHEN LEONG, M.A. and K.S., with M.A. and K.S. not being charged in this Indictment, did knowingly and intentionally conspire with each other and others to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

OVERT ACTS

In furtherance of this conspiracy and to effect and accomplish its objects, the following overt acts, among others, were committed in the District of Hawaii:

1. On an exact date unknown, K.S. delivered a quantity of methamphetamine to THOMAS STEPHEN LEONG.

2. On an exact dated unknown, but after overt act #1, K.S. delivered a quantity of methamphetamine to THOMAS STEPHEN LEONG.

3. On or about January 16, 2003, M.A. spoke on the telephone with K.S.

4. On January 16, 2003, K.S. delivered a quantity of methamphetamine to THOMAS STEPHEN LEONG at LEONG'S law office in downtown Honolulu.

5. On January 16, 2003, THOMAS STEPHEN LEONG paid a sum of U.S. currency to K.S. for the delivery of the methamphetamine. K.S. then paid the supplier of the methamphetamine.

6. On January 16, 2003, THOMAS STEPHEN LEONG and K.S. packaged the methamphetamine in a Priority Mail envelope for delivery of the methamphetamine into Halawa Correctional Facility.

7. On January 16, 2002, K.S. caused the Priority Mail envelope containing the methamphetamine to be sent to Halawa Correctional Facility by Federal Express delivery.

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about January 16, 2003, in the District of Hawaii, defendant THOMAS STEPHEN LEONG knowingly and intentionally attempted to distribute methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

COUNT 3

On or about April 18, 2003, in the District of Hawaii, defendant THOMAS STEPHEN LEONG knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

DATED: July 23, 2003, at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

UNITED STATES v. LEONG; Cr. No. 03-00201 HG
"Superseding Indictment"