# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: September 26, 2006

To: United States Court of Appeals        Attn: ( )    Civil
     For the Ninth Circuit
     Office of the Clerk                             (✓)    Criminal
     95 Seventh Street
     San Francisco, California 94103        ( )    Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 03-00201ACK-01          Appeal No:    05-10377

Short Title:   USA vs. Leong

| | | | |
|---|---|---|---|
| Clerk's Files in | 3 | volumes | (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) | docket # |
| Reporter's Transcripts | 16 | volumes | (✓) original ( ) certified copy |
| Exhibits | | volumes | ( ) under seal |
| | | boxes | ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: # 142, 143, 105, 109, 140, 139, 130, 100, 89, 88, 95, 83, 79, 76, 72, 71, 70, 69, 56, 57, 43, 61, 176, Cassette Tape, 169, 165, 161, 162.

Acknowledgment: _____    Date: _____

cc: Counsel