IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 6 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 03-00201HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| | ) | |
| THOMAS STEPHEN LEONG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, WILLIAM L. SHIPLEY, ESQ., Assistant U.S. Attorney, the designated Court custodian of all exhibits, acknowledge receipt Government's exhibit 1 (audio tape) and 2 (Redacted copy of FD 302 - FBI Agent James D. Brown's Report) admitted in evidence on February 6, 2004 at the Motion to Suppress hearing.

DATED:   Honolulu, Hawaii,    11/16/06   .

_____
Signature

Attorney for: UNITED STATES OF AMERICA

SCANNED