UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 30 2007

at 3 o'clock and ___ min. __ P M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>THOMAS STEPHEN LEONG,<br><br>Defendant - Appellant. | No. 05-10377<br>D.C. No. CR-03-00201-ACK<br><br><br><br>**JUDGMENT** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>THOMAS STEPHEN LEONG,<br><br>Defendant - Appellee. | No. 05-10465<br>D.C. No. CR-03-00201-ACK<br><br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 01/05/07

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

MAR 27 2007

by: Deputy Clerk