i

INTERNAL USE ONLY: Proceedings include all events.
05-10377 USA v. Leong

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | J. Michael Seabright, Esq.<br>FAX 808/541-2958<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>William L. Shipley<br>808-541-2850<br>Rm 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S.<br>ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| THOMAS STEPHEN LEONG<br>    Defendant - Appellant | Arthur E. Ross, Esq.<br>FAX 808/521-4722<br>808/521-4343<br>Ste. 210<br>[COR LD NTC cja]<br>126 Queen St.<br>Honolulu, HI 96813-4411 |

INTERNAL USE ONLY: Proceedings include all events.
05-10465 USA v. Leong

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellant | William L Shipley<br>FAX 808/541-2958<br>808/541-2850<br>Room 6-100<br>[COR LD NTC aus]<br>William L. Shipley<br>808-541-2850<br>Rm 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S.<br>ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| THOMAS STEPHEN LEONG<br>    Defendant - Appellee | Arthur E. Ross, Esq.<br>FAX 808/521-4722<br>808/521-4343<br>Ste. 210<br>[COR LD NTC cja]<br>126 Queen St.<br>Honolulu, HI 96813-4411 |