


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 355-8000

March 27, 2007

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-10377 | USA v. Leong | CR-03-00201-ACK |
| 05-10465 | USA v. Leong | CR-03-00201-ACK |

Dear Clerk:

The following document in the above listed causes are being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Fred Taylor
Deputy Clerk

Enclosure(s)
cc: All Counsel

**RECEIVED**
CLERK, U.S. DISTRICT COURT
MAR 3 0 2007
DISTRICT OF HAWAII