# MEMORANDUM

*CR·03·00201*

TO: Records Unit
United States District Court - Honolulu
300 Ala Moana Boulevard, Room C-338
Honolulu, HI 96850
(808) 541-3587

FROM: Toni Smith / (208) 334-1612
Judge Trott's Chambers
550 West Fort Street, Room 667
Boise, ID 83724

RE: **US v. Leong**
**05-10377**

DATE: March 28, 2007

Please find the enclosed record from the above listed case. Please sign and return the form at the bottom acknowledging receipt.

Thank you.

_____    DATE: _____

RECEIVED
CLERK U.S. DISTRICT COURT
APR 0 2 2007
DISTRICT OF HAWAII